2

```
                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| Plaintiff-Respondent, | § | CASE NO. B-02-90 |
| | § | (TO BE SUPPLIED BY CLERK) |
| v. | § | |
| | § | |
| MANUEL ESPINO-GONZALEZ | § | |
| Defendant-Petitioner. | § | |

```
             MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
                      AND AFFIDAVIT IN SUPPORT
```

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the movant Manuel Espino-Gonzalez, and respectfully moves, pursuant to 28 U.S.C.A. § 1915, for an Order granting leave to proceed in forma pauperis from the judgement entered on May 04, 2001, without prepayment of costs and fees and without giving security therefor.

The attached affidavit is filed in support of this motion.

Dated: 5/01/02

Respectfully Submitted,

Manuel Espino-Gonzalez
94500-079
F.C.I. Beaumont (medium)
P.O. Box 26040
Beaumont, TX 77720

CERTIFICATE OF SERVICE

    Movant does hereby certify that a true and correct copy of the foregoing was duly mailed this 1 day of May 2002, to the following:

Lynn M. Kirkpatrick, AUSA
600 E. Harrison St, #102
Brownsville, TX 78520-7155

                                                    Signature of Movant

AO 240 (Rev. 11/99)

# United States District Court
SOUTHERN DISTRICT OF TEXAS

MANUEL ESPINO-GONZALEZ
Plaintiff

V.

UNITED STATES OF AMERICA
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **B-02-90**

I, __Manuel Espino-Gonzalez__ declare that I am the (check appropriate box)

[XX] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __F.C.I. Beaumont Medium__

   Are you employed at the institution? __YES__   Do you receive any payment from the institution? __YES__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

```
                ACCOUNT
                STATEMENT

FCC BMT - LIMITED OFFICIAL USE              DATE 4/22/02
BEAUMONT, TX                                PAGE No.  01



ESPINO-GONZALEZ, Manuel              ACCOUNT # 94500-079
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |        |
|---------|-------|----------|-------------------------|---------|--------|
| 915806  | 17:18 | 12-21-01 | DEPOSIT ITS FUNDS       | 5.00-   | 24.86  |
| 91DB52  | 18:38 | 12-23-01 | DEPOSIT ITS FUNDS       | 1.00-   | 23.86  |
| 921355  | 18:29 | 12-24-01 | DEPOSIT ITS FUNDS       | 5.00-   | 18.86  |
| 925BBE  | 17:11 | 12-25-01 | DEPOSIT ITS FUNDS       | 5.00-   | 13.86  |
| T20383  | 14:08 | 12-26-01 | MONEY ORDER             | 5.00    | 18.86  |
| 92D92F  | 22:37 | 12-27-01 | DEPOSIT ITS FUNDS       | 1.00-   | 17.86  |
| 000014  | 11:21 | 12-28-01 | SALE/REGULAR            | 5.80-   | 12.06  |
| 93D43C  | 18:05 | 01-02-02 | DEPOSIT ITS FUNDS       | 2.00-   | 10.06  |
| DEC02P  |  8:16 | 01-03-02 | PERFORMANCE PAY         | 21.12   | 31.18  |
| 949AF3  | 16:49 | 01-18-02 | DEPOSIT ITS FUNDS       | 9.00-   | 22.18  |
| 95B798  | 21:48 | 01-30-02 | DEPOSIT ITS FUNDS       | 5.00-   | 17.18  |
| DEC03P  |  8.29 | 02-04-02 | PERFORMANCE PAY         | 11.20   | 29.38  |
| 96808E  | 23:03 | 02-10-02 | DEPOSIT ITS FUNDS       | 9.00-   | 20.38  |
| 000020  | 11:29 | 02-19-02 | SALE/REGULAR            | 15.32-  |  5.06  |
| 96FB2E  | 17:19 | 02-21-02 | DEPOSIT ITS FUNDS       | 4.00-   |  1.06  |
| DEC04P  |  8:13 | 03-04-02 | PERFORMANCE PAY         | 19.16   | 20.22  |
| 97FE2C  | 12:03 | 03-20-02 | DEPOSIT ITS FUNDS       | 8.00-   | 12.22  |
| 000021  | 16:32 | 03-21-02 | SALES/REGULAR           | 11.13-  |  1.09  |
| 99ED45  | 17:18 | 03-29-02 | DEPOSIT ITS FUNDS       | 1.00-   |  0.09  |
| DEC05P  |  8:22 | 04-01-02 | PERFORMANCE PAY         | 21.09   | 21.18  |
| 000029  | 11:19 | 04-08-02 | SALE/REGULAR            | 19.02-  |  2.16  |
| 99BE39  | 15:40 | 04-20-02 | DEPOSIT ITS FUNDS       | 2.00-   |  0.16  |

```
                     **** TRANSACTION TOTAL ****         11.73-
```