UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL ESPINO-GONZALEZ, | § | |
| Petitioner-Defendant, | § | Civil Action No.: B-02-090 |
| | § | Cr. No.: B-00-511 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent-Plaintiff. | § | |

MOTION FOR LEAVE TO FILE REPLY TO THE GOVERNMENT'S
RESPONSE TO PETITIONER'S MOTION TO VACATE SENTENCE
UNDER 28 U.S.C.A. § 2255

TO THE HONORABLE MAGISTRATE JUDGE RECIO:

NOW COMES the Petitioner, Manuel Espino-Gonzalez, and hereby moves this Honorable Court for leave to file a reply to the Government's Response to his Section 2255 Motion to vacate his sentence. The Government's filing attempts to blur the facts of the case, the record, and the applicable case law in hopes this court repeats the same mistake twice. This misinformation warrants a response in order to present the Court with a complete understanding of the law applicable in this case. See Berges v. U.S., 37 F. Supp. 2d 116, 118 (D.P.R. 1997), aff'd, 2000 W.L. 147595 (1st Cir. 2000)(petitioner filed brief in reply to the government's response to petitioner's § 2255 motion); Reyes-Mercado v. U.S., 962 F. Supp. 12, 13 (D.P.R. 1997)(same); Valencia-Lucena v. U.S., 933 F. Supp 1000, 1001 (D.P.R. 1994), judgment aff'd, 47 F.3d 1156 (1st Cir. 1995)(same).

WHEREFORE, PREMISES CONSIDERED, Petitioner prays this Honorable Court grant him leave of fifteen (15) days, so that

he may file his memorandum of law replying to the Government's responsive pleading.

                                        Respectfully submitted,

                                        *Manuel Espino* (signature)
                                        Manuel Espino-Gonzalez
                                        94500-079
                                        Federal Correctional Institution
                                        P.O. Box 26040
                                        Beaumont, Texas 77720-6040

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Document was duly mailed this **22nd** day of July, 2002, to the following:

Mark M. Dowd, AUSA
U.S. Attorney's Office
600 Harrison, #201
Brownsville, Texas 78520

                                        *Manuel Espino* (signature)
                                        Manuel Espino-Gonzalez