UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 31 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MANUEL ESPINO-GONZALEZ, | § | |
| Petitioner-Defendant, | § | Civil Action No.: B-02-090 |
| | § | Cr. No.: B-00-511 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent-Plaintiff. | § | |

## O R D E R

The Court, having considered Petitioner's Motion for Leave to File Reply to the Government's Response to Petitioner's Motion Under 28 U.S.C.A. § 2255 and having read the government's answer, concludes that Petitioner's request for leave to file a response is warranted.

The Petitioner shall have fifteen (15) days from the date of this order to file his response.

Done this 30th day of July, 2002 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE